UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CRIMINAL NO. 08-21-DLB

UNITED STATES OF AMERICA                                                  PLAINTIFF

VS.

ANDREA SANDLIN                                                                    DEFENDANT

**AMENDED
REPORT AND RECOMMENDATION**

Due to a clerical error, the report and recommendation filed on July 19, 2010 is amended as follows:

**IT IS RECOMMENDED:**

1. That the defendant be found to have violated the terms of her probation and that it be REVOKED;

2. That the defendant, ANDREA SANDLIN, be sentenced to TIME SERVED as of AUGUST 2, 2010 at which time the U.S. Marshal is directed to release defendant at 8:00 a.m. to family members for transportation to a facility for in-patient drug care as hereinafter set out;

3. That as of August 2, 2010 the defendant begin a ONE YEAR term of supervised release to include a special condition of in-patient drug treatment at the Schwartz Center, 627 West 4th Street Allen Building, Lexington, Kentucky 40508; that the defendant successfully complete the in-patient drug treatment program as well as any other aftercare programs directed by her probation officer;

1

4. All special conditions of probation shall be reimposed with the exception that the forty hours of community service be waived.

Particularized objections to this Report and Recommendation must be filed within fourteen (14) days of the date of service or further appeal is waived. Fed. R. Crim. P. 59(b)(2); *see also U.S. v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005); *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140, 155 (1985). A general objection that does not "specify the issues of contention" is not sufficient to satisfy the requirement of a written and specific objection. *Miller v. Currie*, 50 F.3d 373, 380 (6th Cir. 1995)(citing *Howard v. Secretary of HHS*, 932 F.2d 505, 508-09 (6th Cir. 1991)).

A party may file a response to another party's objections within fourteen (14) days after being served with a copy of those objections. *See also* Fed. R. Civ. P. 72(b)(Advisory Committee note indicating that Fed. R. Crim P. 59 is silent on responses to objections, but that the criminal rule is "derived in part from" the civil rule).

This 22nd day of July, 2010.

Signed By:
J. Gregory Wehrman
United States Magistrate Judge