**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

**CRIMINAL ACTION NO. 08-21-DLB**

**UNITED STATES OF AMERICA**                                                                      **PLAINTIFF**

**vs.**                                                 **ORDER**

**ANDREA SANDLIN**                                                                   **DEFENDANT**

\*   \*   \*   \*   \*   \*   \*

This matter is before the Court upon the Report & Recommendation (R&R) of the United States Magistrate Judge wherein he recommends that the Court revoke Defendant's probation and impose a sentence of time served as of August 2, 2010, at which time the U.S. Marshal was directed to release Defendant for transportation to a facility for in-patient drug care followed by one year of supervised release to include a special condition of in-patient treatment at the Schwartz Center. (Docs. # 44, 45).[1] The Magistrate's R&R further indicates that the parties have reached a decision as to the appropriate disposition of the case consistent with the Magistrate's recommendation.

Defendant has not filed any objections to the Magistrate Judge's R&R, and the time for filing having now expired, the R&R is ripe for review. The Court having reviewed the R&R and finding the recommended sentence appropriate in light of Defendant's refusal to

---

[1] Magistrate Judge Wehrman's original R&R indicated a recommended sentence of time served as of August 21, 2010 (Doc. # 44), which was later modified in his Amended Report and Recommendation (Doc. # 45) filed July 22, 2010, indicating that Defendant shall be sentenced to time served as of August 2, 2010, and transported to an in-patient treatment facility as of that date. *Id.*

1

comply with the conditions of her probation, and being otherwise sufficiently advised;

**IT IS ORDERED** as follows:

1. The Report and Recommendation as amended (Doc. # 45) is hereby **ADOPTED** *nunc pro tunc* to **August 2, 2010** as the findings of fact and conclusions of law of the Court;

2. Defendant is found to have **VIOLATED** the terms of her probation;

3. Defendant's probation is hereby **REVOKED**;

4. Defendant is sentenced to **TIME SERVED**; and

5. A Judgment shall be entered concurrently herewith.

This 10th day of August, 2010.

Signed By:
*David L. Bunning* DB
United States District Judge

G:\DATA\ORDERS\CovCrim\2008\08-21-Order-Adopting-SR-R&R.wpd