**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

**CRIMINAL ACTION NO. 08-21-DLB**

**UNITED STATES OF AMERICA**                                                   **PLAINTIFF**

**vs.**                                      **ORDER**

**ANDREA SANDLIN**                                                       **DEFENDANT**

\* \* \* \* \* \* \*

This matter is before the Court upon the Report & Recommendation (R&R) of the United States Magistrate Judge wherein he recommends that the Court revoke Defendant's supervised release and that she be sentenced to a term of twelve (12) months imprisonment, with no supervised release to follow. (Doc. # 57). The Magistrate's R&R further recommends that Defendant participate in substance abuse treatment and counseling while incarcerated. (Doc. # 57). During the final revocation hearing conducted by Magistrate Judge Wehrman on November 3, 2010, Defendant admitted to violating the Special Condition described in the October 29, 2010 Supervised Release Violation Report.

Defendant has not filed any objections to the Magistrate Judge's R&R, and the time for filing having now expired, the R&R is ripe for review. The Court having reviewed the R&R and finding the recommended sentence appropriate in view of Defendant's continued refusal to comply with the conditions of her supervised release, and being otherwise sufficiently advised;

1

**IT IS ORDERED** as follows:

1. The Report and Recommendation (Doc. # 57) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

2. Defendant is found to have **VIOLATED** the terms of her supervised release;

3. Defendant's supervised release is hereby **REVOKED**;

4. Defendant is sentenced to **CUSTODY** of the Attorney General for a period of twelve (12) months with no supervised release to follow;

5. Defendant shall participate in substance abuse treatment and counseling while incarcerated; and

6. A Judgment shall be entered concurrently herewith.

This 23rd day of November, 2010.



Signed By:
David L. Bunning
United States District Judge

G:\DATA\ORDERS\CovCrim\2008\08-21-Order-Adopting-SR-R&R 2.wpd